ROBBINS GELLER RUDMAN
  &amp; DOWD LLP
SHAWN A. WILLIAMS (213113)
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA 94104
Telephone: 415/288-4545
415/288-4534 (fax)
shawnw@rgrdlaw.com
      – and –
SAMUEL H. RUDMAN
MARY K. BLASY (211262)
58 South Service Road, Suite 200
Melville, NY 11747
Telephone: 631/367-7100
631/367-1173 (fax)
srudman@rgrdlaw.com
mblasy@rgrdlaw.com

Attorneys for Plaintiff

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OKLAHOMA POLICE PENSION & RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated,<br><br>                Plaintiff,<br><br>   vs.<br><br>MAGNACHIP SEMICONDUCTOR CORPORATION, et al.,<br><br>                Defendants. | Case No. 3:15-cv-01797-JST<br><br>CLASS ACTION<br><br>STIPULATION AND [PROPOSED] ORDER EXTENDING UNDERWRITER DEFENDANTS' AND AVENUE CAPITAL'S TIME TO RESPOND TO CLASS ACTION COMPLAINT |

1033565_1

1 WHEREAS, Plaintiff Oklahoma Police Pension & Retirement System commenced the above-captioned action by filing a purported class action Complaint for Violation of the Federal Securities Laws (the "Complaint") against MagnaChip Semiconductor Corporation, Sang Park, Tae Young Hwang, Margaret Sakai, R. Douglas Norby, Ilbok Lee, Nader Tavakoli, Randal Klein, Michael Elkins, Avenue Capital Management II, L.P., Barclays Capital Inc., Citigroup Global Markets Inc., Deutsche Bank Securities Inc., Needham & Company, LLC and UBS Securities LLC (collectively, "Defendants") on April 21, 2015.

WHEREAS, the deadline for filing a response to the Complaint for Defendants Barclays Capital Inc., Citigroup Global Markets Inc., Deutsche Bank Securities Inc., Needham & Company, LLC and UBS Securities LLC (collectively, the "Underwriter Defendants") is June 4, 2015.

WHEREAS, the deadline for filing a response to the Complaint for Defendant Avenue Capital Management II, L.P. ("Avenue Capital") is June 4, 2015.

WHEREAS, on May 4, 2015, this Court entered a Related Case Order finding that the above-captioned action is related to *Thomas, et al. v. Magnachip Semiconductor Corp., et al.*, No. 3:14-cv-1160-JST (the "*Thomas* Action"), which is also pending before this Court. Dkt. No. 80 (*Thomas* Action).

WHEREAS, a motion to consolidate the above-captioned action with the *Thomas* Action has been filed and will be heard by this Court on June 11, 2015 at 2:00 p.m. Dkt. Nos. 78, 81 (*Thomas* Action).

WHEREAS, in the *Thomas* Action, the Court extended the *Thomas* Action defendants' time to respond to the operative complaint pending resolution of the motion to consolidate. *See* Dkt. No. 85 (*Thomas* Action).

WHEREAS, pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA"), 15 U.S.C. §78u-4(a)(3)(A)(i)(II), motions for appointment of lead plaintiff in Case No. 3:15-cv-01797-JST are due on June 22, 2015.

WHEREAS, following resolution of the motion to consolidate and the appointment of a lead plaintiff for this action, filing of a consolidated or amended complaint may be permitted or required.

1033565_1

STIPULATION AND [PROPOSED] ORDER EXTENDING UNDERWRITER DEFENDANTS' AND AVENUE CAPITAL'S TIME TO RESPOND TO CLASS ACTION COMPLAINT - 3:15-cv-01797-JST   - 1 -

1  WHEREAS, plaintiff, the Underwriter Defendants, and Avenue Capital have agreed that the Underwriter Defendants and Avenue Capital should not be required to answer or otherwise respond to the Complaint until resolution of the motion to consolidate cases (Dkt. No. 78 (*Thomas* Action)) and motions for appointment of lead plaintiff under the PSLRA, and the filing of any amended or consolidated complaint that may be required or permitted by the Court.

WHEREAS, the parties have not previously requested an extension of time in the above-captioned matter.

NOW, THEREFORE, it is hereby stipulated and agreed by the undersigned counsel as follows:

1. The Underwriter Defendants and Avenue Capital shall not be required to answer or otherwise respond to the Complaint until resolution of the motion to consolidate cases in the *Thomas* Action (Dkt. No. 78) and resolution of all motions for appointment of lead plaintiff, in Case No. 3:15-cv-01797-JST that are filed on or before June 22, 2015.  The Underwriter Defendants' and Avenue Capital's time for responding to the Complaint, or any amended or consolidated complaint required or permitted by the Court, shall be set when the Court rules on the foregoing motions.

2. Agreement to this Stipulation by the Underwriter Defendants and Avenue Capital does not constitute a general appearance by any of the Underwriter Defendants or Avenue Capital and is without prejudice to and without waiver of any of the Underwriter Defendants' or Avenue Capital's defenses, objections or arguments in this matter or any other matter.

DATED:  June 2, 2015              Respectfully submitted,

ROBBINS GELLER RUDMAN
  & DOWD LLP
SHAWN A. WILLIAMS


                s/SHAWN A. WILLIAMS
                SHAWN A. WILLIAMS

1033565_1

STIPULATION AND [PROPOSED] ORDER EXTENDING UNDERWRITER DEFENDANTS' AND AVENUE CAPITAL'S TIME TO RESPOND TO CLASS ACTION COMPLAINT - 3:15-cv-01797-JST    - 2 -

```
                                    Post Montgomery Center
                                    One Montgomery Street, Suite 1800
                                    San Francisco, CA 94104
                                    Telephone: 415/288-4545
                                    415/288-4534 (fax)

                                    ROBBINS GELLER RUDMAN
                                      & DOWD LLP
                                    SAMUEL H. RUDMAN
                                    MARY K. BLASY
                                    58 South Service Road, Suite 200
                                    Melville, NY 11747
                                    Telephone: 631/367-7100
                                    631/367-1173 (fax)

                                    ROBBINS GELLER RUDMAN
                                      & DOWD LLP
                                    DAVID C. WALTON
                                    DANIELLE S. MYERS
                                    655 West Broadway, Suite 1900
                                    San Diego, CA 92101
                                    Telephone: 619/231-1058
                                    619/231-7423 (fax)

                                    Attorneys for Plaintiff


DATED: June 2, 2015                 LATHAM & WATKINS LLP
                                    PATRICK E. GIBBS (Bar No. 183174)


                                        s/PATRICK E. GIBBS (w/permission)
                                           PATRICK E. GIBBS

                                    140 Scott Drive
                                    Menlo Park, CA 94025
                                    Telephone: 650/328-4600
                                    650/463-2600 (fax)
                                    Patrick.Gibbs@lw.com

                                    LATHAM & WATKINS LLP
                                    JAMES E. BRANDT (pro hac vice pending)
                                    JASON C. HEGT (pro hac vice pending)
                                    885 Third Avenue, Suite 1000
                                    New York, NY 10022
                                    Telephone: 212/906-1200
                                    212/751-4864 (fax)
                                    James.Brandt@lw.com
                                    Jason.Hegt@lw.com
```

1033565_1

STIPULATION AND [PROPOSED] ORDER EXTENDING UNDERWRITER DEFENDANTS' AND
AVENUE CAPITAL'S TIME TO RESPOND TO CLASS ACTION COMPLAINT - 3:15-cv-01797-JST      - 3 -

|   |   |
|---|---|
|   | Attorneys for Defendants Barclays Capital Inc., Citigroup Global Markets Inc., Deutsche Bank Securities Inc., Needham & Company, LLC, and UBS Securities LLC |
| DATED:  June 2, 2015 | AKIN GUMP STRAUSS HAUER & FELD LLP<br>JOHN C. MURPHY (*admitted pro hac vice*) |
|   | s/JOHN C. MURPHY *(w/permission)*<br>JOHN C. MURPHY |
|   | One Bryant Park<br>New York, NY  10036<br>Telephone:  212/872-1000<br>212/872-1002(fax) |
|   | AKIN GUMP STRAUSS HAUER & FELD LLP<br>MICHAEL A. ASARO (*admitted pro hac vice*)<br>DOUGLASS B. MAYNARD (*admitted pro hac vice*)<br>SYDNEY SPECTOR (*admitted pro hac vice*)<br>One Bryant Park<br>New York, NY  10036<br>Telephone:  212-872-1000<br>212-872-1002 (fax) |
|   | Attorneys for Defendant Avenue Capital Management II, L.P. |

**IT IS SO ORDERED.**

DATED: June 3, 2015   _____
                     IT IS SO ORDERED
                     Judge Jon S. Tigar
                     THE HONORABLE JON S. TIGAR
                     UNITED STATES DISTRICT JUDGE

1033565_1

STIPULATION AND [PROPOSED] ORDER EXTENDING UNDERWRITER DEFENDANTS' AND AVENUE CAPITAL'S TIME TO RESPOND TO CLASS ACTION COMPLAINT - 3:15-cv-01797-JST      - 4 -

**Certificate Pursuant to Locl Rule 5-1(i)(3)**

I, Shawn A. Williams, am the ECF User whose identification and password are being used to file the Stipulation and [Proposed] Order Extending Underwriter Defendants' and Avenue Capital's Time to Respond to Class Action Complaint. In compliance with Local Rule 5-1(i)(3), I hereby attest that Patrick E. Gibbs and John C. Murphy have concurred in this filing.

Dated: June 2, 2015

                                                        s/SHAWN A. WILLIAMS
                                                        SHAWN A. WILLIAMS

1033565_1